IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRAVONE D. WILLIAMS,      ) | |
|     Plaintiff,      ) | |
|     v.      ) | CIVIL ACTION NO. 2:20cv374-MHT (WO) |
| OFFICER T. BOYD, et al.,      ) | |
|     Defendants.      ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers subjected him to excessive use of force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and follow the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 28th day of September, 2020.**

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**